IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Criminal No. 10-1 |
| v. | ) (18 U.S.C. § 2252(a)(4)(B))<br>) [UNDER SEAL] |
| JOSEPH ANDREW DAVIS | ) |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 5, 2009, in the Western District of Pennsylvania, the defendant, JOSEPH ANDREW DAVIS, did knowingly possess visual depictions, namely, images and videos contained in computer graphics files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted minors engaging in sexually explicit conduct, all of which had been shipped or transported in interstate and foreign commerce, including by means of a computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

FILED
2010 JAN -5 PH 1:
CLERK
U S DISTRICT COURT

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count One of this Indictment are incorporated herein by reference as though fully set forth herein for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Section 2253(a)(3).

2. As a result of the commission of the violation charged in Count One of this Indictment, the defendant, JOSEPH ANDREW DAVIS, did use the following to commit or to promote the commission of said violation (hereinafter referred to as the "Subject Property"): generic computer tower, Compaq Presario SR5602FH computer, serial no. CNX8371L8T.

WHEREFORE, the government seeks Forfeiture of the Subject Property pursuant to Title 18, United States Code, Section 2253(a)(3).

A True Bill,

FOREPERSON

ROBERT S. CESSAR
Acting United States Attorney
PA ID No. 47736