IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. *10-1* |
| | ) | |
| JOSEPH ANDREW DAVIS | ) | (UNDER SEAL) |

### ARRAIGNMENT PLEA

Defendant JOSEPH ANDREW DAVIS

being arraigned, pleads _____

in open Court this _____ day of

_____, 20\_\_\_\_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)